THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Javaris Antwan Cousar, Appellant.
 
 
 

Appeal From York County
 Roger L. Couch, Special Circuit Court Judge

Unpublished Opinion No. 2005-UP-573
Submitted October 3, 2005  Filed October 28, 2005

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Javaris Antwan Cousar appeals his guilty plea and sentence of fourteen years for possession of crack cocaine with intent to distribute and possession of crack cocaine with intent to distribute within a half-mile radius of a public school.  Cousar also pled no contest to second degree burglary and armed robbery.  Cousar argues his plea was conditional and thus invalid.  
After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Cousars appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED[1]
GOOLSBY, BEATTY, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.